# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gregory Jermaine Collins | ) | Case No: 3:04CR00153-002 |
| | ) | USM No: 04291-095 |
| Date of Previous Judgment: 05/22/2008 | ) | Rebecca Hudsmith, Esq. |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons  x  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  71  months **is reduced to**  57 months  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment  5/22/2008  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 16, 2011

_____
Judge's signature

Effective Date: _____
(if different from order date)

Chief Judge Ralph E. Tyson
Printed name and title